IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAUKER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HEART CONSCIOUSNESS CHURCH, INC., et al.,<br><br>　　　　Defendants. | Case No. 25-cv-02852-CRB<br><br>**ORDER TO SHOW CAUSE** |

　　　　To Plaintiff Michael Pauker, you are hereby ORDERED TO SHOW CAUSE in writing, on or before February 18, 2026 why this action should not be dismissed for failure to serve Defendant Derek Cyr under Federal Rule of Civil Procedure 4(m).

　　　　This case was filed on March 26, 2025 (dkt. 1), with an amended complaint (dkt. 2) filed on March 28, 2025. A summons was issued for Cyr on April 16, 2025 (dkt. 9). The Court then granted Plaintiff's motion for limited, pre-answer discovery to uncover contact and identity information for Cyr. Dkt. 24. But the summons for Cyr was returned unexecuted twice—on September 9, 2025 (dkt. 28) and September 15, 2025 (dkt. 30). The latest summons for Cyr was issued on September 16, 2025. Dkt. 31. After the Court granted a motion to dismiss from Defendant Heart Consciousness Church, the complaint was amended yet again on October 23, 2025. Dkt. 35. And Cyr has yet to be served despite Plaintiff's representations at the October 3, 2025 hearing that they were in the process of executing service.

　　　　Here, Plaintiff has not complied with Rule 4(m), which requires defendants to be served within 90 days after the complaint is filed. Accordingly, the Court ORDERS

1  Michael Pauker TO SHOW CAUSE why this action against Defendant Cyr should not be
2  dismissed for failure to serve him.  Plaintiff shall submit a written response on or before
3  **February 18, 2026**.  In the alternative, if Plaintiff files proof of service on Cyr on or
4  before February 18, 2026, the Court will dissolve this order to show cause.  The Court
5  advises Plaintiff that a failure to respond to this order by February 18, 2026, may result in
6  the dismissal of claims against Cyr with prejudice.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: February 3, 2026

CHARLES R. BREYER
United States District Judge